IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26CR002 |
| | § | Judge Mazzant |
| JERSON LOPEZ-SANCHEZ | § | |
| | § | |

**ORDER TO UNSEAL ARREST WARRANT**

Based on the Government's motion, this COURT ORDERS that the Arrest Warrant be unsealed as to the defendant pursuant to General Order No. 93-3.

**IT IS SO ORDERED.**

**SIGNED this 15th day of January, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE